UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAE KANG,

                    Petitioner,                    10 Civ. 3684 (JGK)

        - against -                    **MEMORANDUM OPINION**
                                       **AND ORDER**

UNITED STATES OF AMERICA,

                    Respondent.

JOHN G. KOELTL, District Judge:

    In an order dated May 25, 2010, the Government was directed to answer or move with respect to the petition for habeas corpus within 60 days of receipt of the order.  The Government has not done so.  Accordingly, the Government's time to move or respond is extended to **November 26, 2010**.  As outlined in the Court's previous order, the Government shall submit transcripts of all proceedings, any briefs submitted on appeal, and the record in any post-conviction proceedings along with its responsive papers.  The Government shall also address, as appropriate, the proper procedural handling of this case under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat. 1214 (1996).  The petitioner's time to reply to the Government's response is **December 31, 2010**.

SO ORDERED.

Dated: New York, New York
       October 27, 2010

                                    John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/10_

                    - 1 -